**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
WALLESCA PENZ,

                    Plaintiff,

-against-                                         21 **CIVIL** 5 (VB)

                                                                **<u>JUDGMENT</u>**

SUPERINTENDENT LEROY FIELDS,

                    Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2023, Defendant's motion for summary judgment is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

        June 27, 2023

                                                                   **RUBY J. KRAJICK**

                                                                    **Clerk of Court**

                              **BY:**                *K. Mango*

                                                                     **Deputy Clerk**